# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00535-CV

**Byron C. Cook, Chairman of the House Committee on State Affairs,
in his Official Capacity as State Representative; David Sauceda, Sergeant-at-Arms for the
Texas House of Representatives; and Steve McCraw, in his Official Capacity as
Director of the Texas Department of Public Safety, Appellants**

**v.**

**Amy Hedtke, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
## NO. D-1-GN-17-003034, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Byron C. Cook, Chairman of the House Committee on State Affairs, in
his Official Capacity as State Representative; David Sauceda, Sergeant-at-Arms for the Texas House
of Representatives; and Steve McCraw, in his Official Capacity as Director of the Texas Department
of Public Safety have informed this Court that they no longer wish to pursue this appeal and have
filed an unopposed motion to dismiss it. Appellants' counsel states that he has conferred with
counsel for appellee, Amy Hedtke, who is unopposed to this motion. We grant the motion and
dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed on Appellants' Motion

Filed:   October 27, 2017